Joe Albert Rivera, Law Offices of Joe A. Rivera, San Antonio, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

PER CURIAM: *

The attorney appointed to represent Ignacio Hernandez–Aguilar has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Hernandez–Aguilar has filed a response. The record is insufficiently developed to allow consideration at this time of Hernandez–Aguilar's claim of ineffective assistance of counsel. *See United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir. 2006). Our independent review of the record, counsel's brief, and Hernandez–Aguilar's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Elmo D'Shon STARLING,**
**Defendant–Appellant.**

**No. 06–51200**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Aug. 21, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**122**

District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Alexander Lee Calhoun, Law Office of Alex Calhoun, Austin, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Elmo D'Shon Starling has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Starling has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.